EXHIBIT A

1  
2  RICHARD ALEXANDER, Cal. Bar #48432  
   JEFFREY W/ RICKARD, Cal. Bar #125180  
3  RYAN M. HAGAN, Cal Bar #200850  
   ALEXANDER, HAWES & AUDET, LLP  
4  152 North Third Street, Suite 600  
   San Jose, CA 95112  
5  Telephone: (408) 289-1776  
   Facsimile:  (408) 287-1776  
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542  
   CREECH, LIEBOW & KRAUS  
8  333 West San Carlos Street  
   Suite 1600  
9  San Jose, CA  95110  
   Telephone: (408) 993-9911  
10 Facsimile:  (408) 993-1335

11  
   THOMAS M. CARNEY, admitted *pro hac vice*  
12 CAROL A. RUTTER, admitted *pro hac vice*  
   HUSCH & EPPENBERGER, LLC  
13 190 Carondelet Plaza, Suite 600  
   St. Louis, MO  63105-3441  
14 Telephone: (314) 480-1500  
   Facsimile:  (314) 480-1505  
15 **Attorneys for Defendant Olin Corporation**

16                      UNITED STATES DISTRICT COURT  
              NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION  
17

18 WARREN VANDERSYDE AND           )   Case No.:  C 03-01682 RMW  
   LESLIE VANDERSYDE ,             )
19                                 )   **STIPULATION FOR DISMISSAL WITH**
              Plaintiffs,          )   **PREJUDICE OF DEFENDANT OLIN**
20                                 )   **CORPORATION BY PLAINTIFFS**
                                   )   **WARREN VANDERSYDE AND LESLIE**
21 v.                              )   **VANDERSYDE**
                                   )
22 OLIN CORPORATION, et al.,       )
                                   )
23            Defendants.          )
                                   )
24 _____)

25

26       Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Warren Vandersyde and Leslie

27 Vandersyde  and Defendant Olin Corporation hereby request that this Court, pursuant to

28 Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by

---

2057407.01  
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs  
Warren Vandersyde and Leslie Vandersyde  - 1**

Plaintiffs Warren Vandersyde and Leslie Vandersyde as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: /s/ Ryan M. Hagan
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiffs Warren Vandersyde and Leslie Vandersyde

HUSCH & EPPENBERGER, LLC

By: /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| WARREN VANDERSYDE AND LESLIE VANDERSYDE , <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-01682 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS WARREN VANDERSYDE AND LESLIE VANDERSYDE** |

THIS MATTER coming on the motion of Plaintiffs Warren Vandersyde and Leslie Vandersyde and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Warren Vandersyde and Leslie Vandersyde 's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005        _Ronald M. Whyte_

2057407.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Warren Vandersyde and Leslie Vandersyde  - 3**